UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* MICHAEL B. GEFFRE,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON RIVER PROTECTION SOLUTIONS, LLC; URS CORPORATION; and ENERGY SOLUTIONS FEDERAL SERVICES OF HANFORD, INC., ,<br><br>    Defendants. | NO:  2:13-CV-5074-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is Plaintiffs' Notice of Voluntary Dismissal without Prejudice, ECF No. 18.  Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 18**, is **APPROVED**.  Plaintiffs' Complaint is dismissed without prejudice and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel.

**DATED** this 8th day of December 2015.

<em>s/ Rosanna Malouf Peterson</em><br>
ROSANNA MALOUF PETERSON<br>
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2